JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN MERCADO, on behalf of aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN PARK MECHNICAL, INC., a Washington Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-02373-SPG-SSC<br><br>**ORDER DISMISSING CASE** |

On May 13, 2026, Plaintiff Julian Mercado ("Plaintiff") and Defendant Ocean Park Mechanical, Inc. ("Defendant") filed the Joint Stipulation to Dismiss, (ECF No. 25 ("Stipulation")).  The parties stipulate to dismiss Plaintiff's individual claims with prejudice, and to dismiss the representative claims under the Private Attorneys General Act, Cal. Lab. Code § 2698 *et seq.* without prejudice, with each party to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (*Id.*).  The case is therefore CLOSED.

-1-

Accordingly, the Court strikes the Proposed Order, (ECF No. 25-1), as moot. All pending dates are vacated and taken off calendar, and the Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: May 14, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE